**Order entered December 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01446-CV

### IN RE ARPIN AMERICA MOVING SYSTEMS, LLC, Relator

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-06104-A**

## ORDER

In accordance with the Court′s opinion issued on this date, the petition for writ of mandamus is conditionally **GRANTED**. The Court **ORDERS** the trial judge, the Honorable D'Metria Benson, Judge of the County Court at Law No. 1, to **VACATE** the portion of her "Order of the Court Regarding Defendant's Objections to Plaintiffs' Notice of Deposition of Corporate Representative of Defendant Arpin America Moving Systems, LLC and Motion for Protection" denying relator's objections to items 7(I) and 15 of the notice of deposition, and to **ENTER** an order granting relator's objections to items 7(I) and 15.

Should the trial judge fail to comply with this order, the writ will issue. The Court **ORDERS** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of its order issued in compliance with this order.

We **ORDER** that relator recover its costs of this original proceeding from real parties in interest.

/s/     ELIZABETH LANG-MIERS
            JUSTICE